■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RODRIGUEZ, Also Known as JOE RODRIGUEZ, Appellant.— Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Pesce, J.), rendered March 14, 1991, convicting him of criminal possession of a controlled substance in the third degree, criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the seventh degree, and criminal facilitation in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the amended judgment is affirmed.

The defendant's contention that he was deprived of a fair trial by the trial court's refusal to give an agency charge to

the jury is without merit. Viewing the evidence in a light most favorable to the defendant *(see, People v Kirk,* 143 AD2d 683), we find that no reasonable view thereof would support the inference that the defendant was acting as an agent of the police officer who posed as a buyer in the subject transactions *(see, People v Argibay,* 45 NY2d 45, *rearg denied* 45 NY2d 839, *cert denied sub nom. Hahn-DiGuiseppe v New York,* 439 US 930; *People v Carter,* 151 AD2d 688). Lawrence, J. P., Eiber, Balletta and Ritter, JJ., concur.